# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### DOCKET NO. 3:13-CR-227-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAMUEL ALEJANDRO LOPEZ GONZALEZ, | ) | |
| a/k/a SAMUEL GONZALES, and | ) | |
| a/k/a SAMUEL LOPEZ | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** for scheduling purposes in light of the appointment of new counsel for the Defendant. Following the Inquiry to Counsel hearing held before the undersigned on January 19, 2016, the Court ordered that the Defendant's appointed counsel, Christopher Sanders, be substituted, and the Court appointed new counsel for the Defendant. The Defendant's case is currently set for sentencing before the presiding district judge on February 12, 2016. In fairness to the Defendant and to his new counsel, and noting that counsel for the government is amenable, the Court will allow a renewed objection period related to the Presentence Report.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file his objections to the Presentence Report on or before February 20, 2016. The Presentence process shall then proceed consistent with Rule 32 of the Federal Rules of Criminal Procedure.

**SO ORDERED**.

Signed: January 20, 2016

David C. Keesler
United States Magistrate Judge